UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-1167 JVS (RNBx) | Date | August 24, 2010 |
| Title | Res-Ca CVR, LLC v. Jackson | | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER to SHOW CAUSE

The Court has made a preliminary review of the jurisdictional allegations in the:

  X   Complaint, filed on August 4, 2010

\_\_\_\_ Notice of Removal ("Notice") filed

by Res-Ca CVR, LLC ("Res-Ca").

The initial pleading appears to invoke jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332.  (Complaint, ¶ 3.)  Jurisdiction on this basis requires complete diversity.

The following party to the action is alleged to be a limited liability company ("LLC"):

Res-Ca

For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999).  In order to determine diversity, the Court must consider the citizenship of each LLC member,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 10-1167 JVS (RNBx)                                        Date  August 24, 2010

Title       Res-Ca CVR, LLC v. Jackson

and if a member is an LLC, the citizenship of its members.  Presently, the Court cannot tell if jurisdiction has been properly invoked.

      Res-Ca is ordered to file an amended initial pleading within 15 days identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading.  If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

                                                                                                         00  :  00

                                                        Initials of Preparer        kjt